**Order entered May 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00634-CR

### PAUL CLARENCE BAILEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81879-09**

## ORDER

The State's May 17, 2013 motion for extension of time to file brief is **GRANTED**.  The

State's brief is deemed filed May 17, 2013.

/s/     MICHAEL J. O'NEILL
           PRESIDING JUSTICE